# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60340-CR-HURLEY/BRANNON

**UNITED STATES OF AMERICA,**
　　**Plaintiff,**

v.

**BARBARO SANCHEZ,**
　　**Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 38]. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Thursday, March 22, 2012**, at **9:30 a.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 12th day of March, 2012.

**copy furnished:**
AUSA Strider Dickson
J. C. Codias, Esq.
United States Marshal's Service
United States Probation Office

　　　　　　　　　　　　Daniel T. K. Hurley
　　　　　　　　　　　　United States District Judge